AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 09, 2024**

SEAN F. McAVOY, CLERK

INDUSTRIA DE DISENO TEXTIL, S.A. AKA INDITEX, S.A. and ZARA USA, INC.
*Plaintiff*
v.
ZARA ACADEMY, LLC and GABRIELA AMANTE
*Defendant*

Civil Action No. 2:23-CV-00046-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs request that the Court enter default judgment against Defendants. Plaintiffs do not request a monetary reward but rather a permanent injunction which this Court entered, ECF No. 15. Defendant has failed to appear and defend in this action, despite being validly served with a summons over a year ago and the motion for default judgment filed in early 2024. The Court finds good cause to enter default judgment in favor of Plaintiffs.
Default Judgment is entered in favor of Plaintiffs Industria de Diseno Textil SA and Zara USA Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for Default Judgment.

Date:  4/9/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham